*Law Offices*
**GEOFFREY A. BRAUN**
181 Devine St.
San Jose, CA. 95110
Tel. (408) 288-9512
Fax. (408) 288-7316

Date: Sept. 29, 2006

Fax transmission from:
    GEOFFREY A. BRAUN, Esq.

To: Eliz Garcia, Clerk to Hon. James Ware

Fax #: 535-5464

Re: U.S. v. Richard Fong   CR 05-00723-6 JW

Message:
Enclosed find Stipulation Continuing Sentencing Date. I have signed for John Glang, AUSA w/ his permission.
I will make another attempt to file this electronically.

Attachments: Stipulation & Order, 2 pages

Total pages (including cover page): 3

Reply to Geoffrey A. Braun, Esq. at fax #: 408-288-7316

GEOFFREY A. BRAUN
Bar #46562
181 Devine St.
San Jose, CA 95110
(408) 288-9512

Attorney for Defendant
Richard Fong

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD FONG, <br><br> Defendant. | No. CR 05-00723 JW <br><br> STIPULATION AND ORDER CONTINUING SENTENCING DATE <br><br><br> Hon. James Ware, Judge |

RECITALS:

On July 31, 2006 Defendant Fong and Government entered into a formal plea agreement pursuant to Rule 11(c)(1) (C) F.R.Crim. Proc. and defendant entered his plea of guilty to one count of a violation of 21 U.S.C. §§ 846 and 841(a)(1) (conspiracy to distribute MDMA). Sentencing was set on September 25, 2006 at 1:30 P.M. in this Court and was subsequently continued on the Court's motion to October 2, 2006 at 1:30 P.M.

Because of health reasons the assistant federal probation officer assigned to the case was unable to interview the defendant or to write any portion of the probation report and the case must be continued for sentencing. After discussions among newly-assigned Federal Probation Officer J.D. Woods, Assistant United States Attorney John Glang, and Geoffrey A. Braun, counsel for defendant Fong, the parties have agreed upon a new sentencing date and hereby stipulate as follows:

/// /// /// /// ///

U.S. v. Richard Fong #CR 05-00723 JW
Stipulation and Order Continuing Sentencing Date

1  STIPULATION:

2      The parties hereby stipulate that sentencing in this matter be continued to November 6,
3  2006 at 1:30 P.M.

4  Dated: September 22, 2006
5  At San Jose, CA.

6  *[signature: G. A. Braun for]*
   s/ JOHN N. GLANG

7  Assistant United States Attorney

8

9  *[signature]*
10 s/ GEOFFREY A. BRAUN

11 Attorney for Defendant, Richard Fong

12 ORDER:

13     The above Stipulation having been read and considered, and good cause appearing,
14 sentencing in this case is hereby continued to November 6, 2006 at 1:30 P.M. in this Courtroom

15

16 Dated:
   At San Jose, CA.   9/29/06

17

18 *[signature]*
   JAMES WARE, District Judge

U.S. v. Richard Fong #CR 05-00723 JW
Stipulation and Order Continuing Sentencing Date     2